# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 10, 2014, the cause upon appeal to revise or reverse your judgment between

Julian Calderas, Jr. and Erica Calderas, Appellant

V.

Flagship Homes, LTD. d/b/a Prestige Homes, Appellee

No. 04-14-00568-CV and Tr. Ct. No. 2014-CI-04330

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the orders of the trial court are REVERSED, and the cause is REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 22, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00568-CV

**Julian Calderas, Jr. and Erica Calderas**

**v.**

**Flagship Homes, LTD. d/b/a Prestige Homes**

(NO. 2014-CI-04330 IN 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | BARRY SNELL |
| MOTION FEE | $10.00 | E-PAID | DANIEL KUSTOFF |
| MOTION FEE | $10.00 | E-PAID | LORIEN WHYTE |
| MOTION FEE | $10.00 | E-PAID | LORIEN WHYTE |
| REPORTER'S RECORD | $566.13 | PAID | KUSTOFF & PHIPP |
| CLERK'S RECORD | $69.00 | PAID | |
| MOTION FEE | $10.00 | TRANSFER | PAM SHEEHAN |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $20.00 | TRANSFER | DANIEL KUSTOFF |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $100.00 | TRANSFER | DANIEL KUSTOFF |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $50.00 | TRANSFER | DANIEL KUSTOFF |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $25.00 | TRANSFER | DANIEL KUSTOFF |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 22, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853